UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRTUS PHARMACEUTICALS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERRICK GARLAND, *et al.* ) <br> ) <br> Defendants. ) | Case No. _____ |

**PLAINTIFF VIRTUS PHARMACEUTICALS, LLC'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Local Rules 7 and 65.1(a), plaintiff Virtus Pharmaceuticals, LLC ("Virtus") respectfully moves for the entry of a Temporary Restraining Order that will declare that DEA's seizure and retention of Virtus's levorphanol and phendimetrazine is arbitrary and capricious and/or unlawful, order DEA to promptly release Virtus's levorphanol and phendimetrazine to a DEA-registered distributor and enjoin DEA from further retaining possession of Virtus's levorphanol and phendimetrazine.  In support of this motion, Virtus respectfully refers the court to the attached Memorandum of Points and Authorities and accompanying declarations and exhibits.

Dated: August 31, 2021	Respectfully submitted,

By: */s/ Karla L. Palmer*
Karla L. Palmer (D.C. Bar No. 444353)
John A. Gilbert (D.C. Bar No. 448379)
Michael S. Heesters
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street NW, Suite 1200
Washington, D.C. 20005
(202) 737-5600 (phone)
(202) 737-9329 (fax)
kpalmer@hpm.com
jgilbert@hpm.com
mheesters@hpm.com

*Counsel for Virtus Pharmaceuticals, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of August 2021, she caused a copy of the foregoing **MOTION FOR A TEMPORARY RESTRAINING ORDER** to be served upon the following attorneys by hand delivery and electronic mail, as indicated:

Bradley Humphreys
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-0878
Email: Bradley.Humphreys@usdoj.gov

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(Hand Delivery)

Anne Milgram
Administrator
U.S. Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152
(Hand Delivery)

U.S. Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152
(Hand Delivery)

Civil Process Clerk

U.S. Attorney's Office - District of Columbia

555 4th Street NW

Washington, DC 20530

(Hand Delivery)

                                                    */s/ Karla Palmer*
                                                    Karla L. Palmer
                                                    *Counsel for Virtus Pharmaceuticals, LLC*