UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRTUS PHARMACEUTICALS, LLC ) ) ) Plaintiff, ) ) v. ) ) MERRICK GARLAND, *et al.* ) ) Defendants. ) | Case No. _____ |

**DECLARATION OF KARLA L. PALMER**
**PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

1. I, Karla L. Palmer, hereby submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order in this matter. I am a Director at Hyman, Phelps & McNamara, P.C. I make the following statements based on personal knowledge or information provided to me and on review of the records referenced and attached as exhibits hereto.

2. Exhibit A hereto is a true and correct copy of Woodfield Distribution, LLC's signed "Waiver of Rights and Interests" (August 2021).

3. Exhibit B hereto is a true and correct copy of the Drug Enforcement Administration's press release "DEA Houston Serves ISO on Woodfield Pharmaceuticals & Distribution) (Aug. 11, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

August 31, 2021
Date

/s/ Karla L. Palmer

Karla L. Palmer (D.C. Bar No. 444353)
700 Thirteenth Street NW, Suite 1200
Washington, D.C. 20005
(202) 737-5600 (phone)
(202) 737-9329 (fax)
kpalmer@hpm.com
jgilbert@hpm.com
mheesters@hpm.com

*Counsel for Virtus Pharmaceuticals, LLC*