# Exhibit A

## Waiver of Rights and Interests

WHEREAS, Woodfield Distribution, LLC ("WD") is in the business of providing third-party logistics ("3PL") services to health care and pharmaceutical companies, including warehousing, storage and distribution services;

WHEREAS, Virtus Pharmaceuticals, LLC ("VP") is a manufacturer and distributor of pharmaceutical products, including, without limitation, levorphanol 2mg, phendimetrazine 35mg, and phendimetrazine 105mg (the "VP Products");

WHEREAS, pursuant to various agreements between WD and VP, WD provides 3PL services to VP including, without limitation, inventory management and distribution, handling and shipment of the VP products;

WHEREAS, pursuant to the execution of the various agreements between the parties, WD has routinely maintained an inventory of the VP products at its facility located at 1113 Gillingham Lane, Suite A, Sugar Land, TX 77478 ("the Sugar Land facility"), in anticipation of shipping these products to end users;

WHEREAS, VP has retained title and ownership of all VP products at all times including while in the possession of WD at its facility;

WHEREAS, on or about August 11, 2021, the U.S. Drug Enforcement Administration (DEA) served three Immediate Suspension Orders on WD, suspending all DEA registrations held by WD, including WD's distributor registration (DEA #RW0502218) through which it maintained its 3PL business, and seizing all controlled substances possessed by WD at the Sugar Land facility, including approximately 61,144 bottles of the VP products ("the seizure");

WHEREAS, pursuant to 21 USC §824(f), in the event that the U.S. Attorney General, through the DEA, suspends or revokes a DEA registration, any controlled substances owned or possessed by the registrant may be placed under seal, and no disposition may be made of the controlled substances until the time for taking an appeal has elapsed or until all appeals have been concluded, unless a court has ordered a sale of the products;

WHEREAS the time for taking an appeal regarding the seizure has not yet elapsed and WD is exploring its appeal rights;

WHEREAS WD understands that one purpose of §824(f) is to protect a registrant that is exercising appeal rights subsequent to a seizure in the event of mishandling of any seized product;

WHEREAS WD has determined that maintaining possession of the VP products is not necessary to exercise its potential appeal rights; and

WHEREAS the seizure of VP's products is causing substantial, irreversible harm, including, without limitation, withholding urgently-needed medication from patients suffering from chronic

diseases and inflicting catastrophic economic impact on VP and its stakeholders, and it is therefore in the public interest to immediately release the VP products from the seizure;

WHEREFORE WD hereby waives, releases, disclaims, and relinquishes any and all rights or interest to the VP levorphanol 2 mg, phendimetrazine 35mg and phendimetrazine 105mg currently in its possession at the Sugar Land facility. The effect of this waiver is that WD is no longer in possession of the VP products pursuant to 21 USC §824(f), and WD herein waives any objection to DEA's immediate release of the VP products to VP and/or VP's designated agent.

WOODFIELD DISTRIBUTION, LLC

By: _____

Print Name: _____

Title: _____

DATED: August __, 2021

7111722.1 {00837733}