# Exhibit B

   An official website of the United States government
   Here's how you know



# Drug Enforcement Administration

Daniel C. Comeaux

Special Agent in Charge

Houston

@DEAHoustonDiv <https://twitter.com/deahoustondiv>

**August 11, 2021**

**Contact:** Sammy Parks

**Phone Number:** (713) 693-3329

**For Immediate Release**

# DEA Houston Serves ISO on Woodfield Pharmaceuticals & Distribution

**HOUSTON –** Today, Drug Enforcement Administration Houston Division diversion investigators served three Immediate Suspension Orders that immediately suspended the DEA registrations held by Woodfield Distribution, LLC. and Woodfield Pharmaceuticals, LLC. (collectively, Woodfield) for failure to maintain effect controls against the diversion of controlled substances and the imminent danger to public health and safety.

The Immediate Suspension Orders essentially shut down Woodfield's operations and resulted in DEA Diversion Investigators and Special Agents seizing all controlled substances from Woodfield Distribution, including an estimated 700 million dosage units of controlled pills. The suspension was, in part, due to Woodfield illegally importing more than 200 million opioid pills and failure to accurately account for over 5 million controlled substance pills.

"The immediate suspension of registrations served on Woodfield is a clear reminder that DEA Registrants must adhere to federal laws designed to ensure the safe and legal dispensation of pharmaceutical drugs," said DEA Special Agent in Charge Daniel C. Comeaux, Houston Division. "This case unmistakably demonstrates DEA's commitment to using all available tools to combat our nation's opioid crisis and to ensure registrants remain compliant in DEA's continued efforts to reduce the diversion of controlled substances and make our communities safer and healthier."

During the investigation, DEA discovered that Woodfield Distribution, LLC., located in Sugar Land, Texas, violated several DEA regulations, by routinely storing millions of controlled substances in unsecured warehouse aisles, failing to report controlled substance thefts and losses, and falsifying records.