**EXHIBIT A**

**David S. Schumacher**

| | |
|---|---|
| **From:** | Beerbower, John E <John.E.Beerbower@dea.gov> |
| **Sent:** | Tuesday, August 24, 2021 2:41 PM |
| **To:** | David S. Schumacher |
| **Cc:** | Joseph R. LaMagna; Locher, David M; Oblea, Erika K |
| **Subject:** | RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals) |

****EXTERNAL EMAIL MESSAGE****

David and Joe:

DEA has carefully considered the request to release seized controlled substances that were possessed by Woodfield Distribution, and in which Virtus Pharmaceuticals claims an ownership interest. DEA has concluded that, under the relevant law, a release of these controlled substances is not appropriate at this time.

I am still available for a call at 4:30 pm ET if there is anything you would like to discuss.

Respectfully,

John

______________________________

John E. Beerbower
Drug Enforcement Administration
Office of Chief Counsel
Diversion and Regulatory Litigation Section

(office) (571) 362-7905
(mobile) (571) 296-3076
(email) john.e.beerbower@dea.gov

Mailing Address: 8701 Morrissette Drive, Springfield, VA 22152

This communication (including any attachments) may contain confidential information, privileged material (including material protected as attorney work product or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

**From:** David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Sent:** Tuesday, August 24, 2021 1:23 PM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Cc:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

Hi John, following up on this. I don't think we need more than 10-15 minutes. What times do you have free today? I could speak any time. Thanks.

**David S. Schumacher**

**HOOPER, LUNDY & BOOKMAN, P.C.**
DIRECT: +1 617.532.2704 MAIN: +1 617.532.2700 MOBILE: +1 617.688.2398
dschumacher@health-law.com | www.health-law.com

Disclaimer: This email, including attachments, is intended solely for the use of the intended recipient and may be confidential, proprietary, or protected by any applicable privilege. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please reply that you received the message in error and delete or destroy the email and any attachment.

**From:** David S. Schumacher
**Sent:** Tuesday, August 24, 2021 10:59 AM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Subject:** Re: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

John, are you free at 4 or 4:30 today to discuss Virtus? Thanks.

On Aug 18, 2021, at 11:46 AM, Beerbower, John E <John.E.Beerbower@dea.gov> wrote:

****EXTERNAL EMAIL MESSAGE****

Hi Joe,

I can't comment on this either way.

Regards,

John

________________________________
John E. Beerbower
Drug Enforcement Administration
Office of Chief Counsel
Diversion and Regulatory Litigation Section

(office) (571) 362-7905
(mobile) (571) 296-3076
(email) john.e.beerbower@dea.gov

Mailing Address: 8701 Morrissette Drive, Springfield, VA 22152

This communication (including any attachments) may contain confidential information, privileged material (including material protected as attorney work product or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended

recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

**From:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Sent:** Wednesday, August 18, 2021 12:28 AM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Cc:** David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

Hi, John. Thanks for taking the time to talk today. Virtus is still in need of sending product to a registrant, and its contracted registrants outside of Woodfield's Sugar Land location is Woodfield's Bocca Raton location. When we discussed this we understood that the Bocca Raton registration is still in good standing. Virtus is evaluating other third-party distributors, but in the meanwhile, we wanted to inform you that it will have to send product to Bocca Raton, where, as we explained before, it already has some product. If this poses any issues for the DEA, please let us know. We expect a Thursday ship date, so please provide any feedback promptly.

Best,

Joe

**Joseph R. LaMagna**

**HOOPER, LUNDY & BOOKMAN, P.C.**
DIRECT: +1 619.744.7305 MAIN: +1 619.744.7300 FAX: +1 619.230.0987
jlamagna@health-law.com | www.health-law.com

Disclaimer: This email, including attachments, is intended solely for the use of the intended recipient and may be confidential, proprietary, or protected by any applicable privilege. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please reply that you received the message in error and delete or destroy the email and any attachment.

---

**From:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Sent:** Tuesday, August 17, 2021 12:53 PM
**To:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Cc:** David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

****EXTERNAL EMAIL MESSAGE****

That's fine. I'll expect your call at 571-296-3076.

John

---

**From:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Sent:** Tuesday, August 17, 2021 3:48 PM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>

**Cc:** David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Subject:** Re: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

Thanks, John. Let's talk even if only briefly. We wanted to provide some thoughts for you and your colleagues to consider.

Sent from my mobile device.

On Aug 17, 2021, at 12:21 PM, Beerbower, John E <John.E.Beerbower@dea.gov> wrote:

****EXTERNAL EMAIL MESSAGE****

Joe:

I just got out of all-day meetings. I do not have any additional information at this time. I'm happy to talk to you at 4, but I don't really have anything to share.

John

__________________________________

John E. Beerbower
Drug Enforcement Administration
Office of Chief Counsel
Diversion and Regulatory Litigation Section

(office) (571) 362-7905
(mobile) (571) 296-3076
(email) john.e.beerbower@dea.gov

Mailing Address: 8701 Morrissette Drive, Springfield, VA 22152

This communication (including any attachments) may contain confidential information, privileged material (including material protected as attorney work product or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

**From:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Sent:** Monday, August 16, 2021 4:25 PM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>; David S. Schumacher <dschumacher@HEALTH-LAW.COM>

**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

Thanks, John. I understand DEA need additional time. Could we still schedule a call for tomorrow afternoon working around your schedule? If there is no change in DEA's position, we might cancel the call, but Virtus would like to be sure we have some contact scheduled.

Please let me know your availability.

Best,

Joe

**Joseph R. LaMagna**

---

**HOOPER, LUNDY & BOOKMAN, P.C.**
DIRECT: +1 619.744.7305 MAIN: +1 619.744.7300 FAX: +1 619.230.0987
jlamagna@health-law.com | www.health-law.com

---

Disclaimer: This email, including attachments, is intended solely for the use of the intended recipient and may be confidential, proprietary protected by any applicable privilege. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the c of this message is prohibited. If you have received this message in error, please reply that you received the message in error and delete or the email and any attachment.

---

**From:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Sent:** Monday, August 16, 2021 12:55 PM
**To:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>; David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

****EXTERNAL EMAIL MESSAGE****

Joe,

Thanks for the email. I'm tied up the rest of today and most of tomorrow, but, also, I don't have any information to share yet on DEA's position. The question is working through appropriate channels and we'll be in touch. I'm happy to talk later this week, if you'd like, but will certainly tell you when I have something to share.

John

________________________________

John E. Beerbower
Drug Enforcement Administration
Office of Chief Counsel
Diversion and Regulatory Litigation Section

(office) (571) 362-7905

(mobile) (571) 296-3076
(email) john.e.beerbower@dea.gov

Mailing Address: 8701 Morrissette Drive, Springfield, VA 22152

This communication (including any attachments) may contain confidential information, privileged material (including material protected as attorney work product or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

**From:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Sent:** Monday, August 16, 2021 2:18 PM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>; David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

Hi, John. I wanted to follow up from our discussion last week. David is out of the office, but I am available this afternoon to discuss DEA's current position on Virtus' inventory that was at Woodfield's Sugar Land location. Please let me know your availability for a call this afternoon, if possible.

Thanks,

Joe

**Joseph R. LaMagna**

---

**HOOPER, LUNDY & BOOKMAN, P.C.**
DIRECT: +1 619.744.7305 MAIN: +1 619.744.7300 FAX: +1 619.230.0987
jlamagna@health-law.com | www.health-law.com

---

Disclaimer: This email, including attachments, is intended solely for the use of the intended recipient and may be confidential, proprietary protected by any applicable privilege. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the c of this message is prohibited. If you have received this message in error, please reply that you received the message in error and delete or the email and any attachment.

---

**From:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Sent:** Thursday, August 12, 2021 10:06 AM
**To:** David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Cc:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Subject:** RE: Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

****EXTERNAL EMAIL MESSAGE****

Mr. Schumacher,

I should be able to talk at or after 3:30 ET, if that works.

John

_______________________________

John E. Beerbower
Drug Enforcement Administration
Office of Chief Counsel
Diversion and Regulatory Litigation Section

(office) (571) 362-7905
(mobile) (571) 296-3076
(email) john.e.beerbower@usdoj.gov

Mailing Address: 8701 Morrissette Drive, Springfield, VA 22152

This communication (including any attachments) may contain confidential information, privileged material (including material protected as attorney work product or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

**From:** David S. Schumacher <dschumacher@HEALTH-LAW.COM>
**Sent:** Thursday, August 12, 2021 11:59 AM
**To:** Beerbower, John E <John.E.Beerbower@dea.gov>
**Cc:** Joseph R. LaMagna <jlamagna@HEALTH-LAW.COM>
**Subject:** Urgent question re: Woodfield Distributors matter (counsel for Virtus Pharmaceuticals)

Mr. Beerbower,

Hello, my name is David Schumacher, and I am counsel for Virtus Pharmaceuticals. We are aware of the enforcement action against Woodfield Distributors, and I have been in contact with Ian Brecht over the last few months about this matter, including today. Virtus has been extremely cooperative in all interactions with the DEA in this matter and I think could fairly be characterized as an “innocent third party.”

Unfortunately, the enforcement action has the potential to result in extremely negative consequences for Virtus. I am hopeful that you have a few moments today to speak about this. Do you have availability?

Thanks very much.

David

**David S. Schumacher**

**HOOPER, LUNDY & BOOKMAN, P.C.**
470 Atlantic Avenue, 1201
Boston, MA 02210
DIRECT: +1 617.532.2704     MAIN: +1 617.532.2700     MOBILE: +1 617.688.2398
dschumacher@health-law.com | www.health-law.com

BOSTON | DENVER | LOS ANGELES | SAN DIEGO | SAN FRANCISCO | WASHINGTON, DC

Disclaimer: This email, including attachments, is intended solely for the use of the intended recipient and may be confidential, proprietary protected by any applicable privilege. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the c of this message is prohibited. If you have received this message in error, please reply that you received the message in error and delete or the email and any attachment.