UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIRTUS PHARMACEUTICALS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. _____ |
| v. | ) ) | |
| MERRICK GARLAND, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Virtus Pharmaceutical LLC's ("Virtus") Motion for Temporary Restraining Order (the "Motion") and its accompanying Memorandum of Points and Authorities submitted in support thereof, it is hereby **ORDERED** that Virtus's Motion is **GRANTED**.

The Court finds that Virtus has demonstrated that it is likely to succeed on the merits of their challenge to enjoin DEA from further retention of Virtus's levorphanol and phendimetrazine; that Virtus is suffering and will continue to suffer irreparable harm from DEA's continued retention of its levorphanol and phendimetrazine; that the balance of equities favors Virtus because they are suffering ongoing irreparable harm, whereas, DEA is not; and that the public interest weighs heavily in favor of releasing Virtus's levorphanol and phendimetrazine to protect patients that rely on these medications.

Accordingly, it is hereby **ORDERED** that:

1. Defendants Merrick Garland, in his official capacity as Attorney General of the United States, Anne Milgram, in her official capacity as Administrator of the Drug

1

      Enforcement Administration ("DEA"), and DEA cease further retention of Virtus's levorphanol and phendimetrazine that was seized from Woodfield Distribution, LLC's Houston, Texas facility on or about August 11, 2021;

2. Defendants shall immediately release Virtus's levorphanol and phendimetrazine to a DEA-registered distributor; and

3. This order shall remain in effect pending final resolution of the matter, unless terminated earlier by order of this Court.


Dated: _____, 2021          _____
                                                                                         Honorable Judge