UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRTUS PHARMACEUTICALS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRICK GARLAND, *et al.* )<br>Defendants. )<br>) | Case No. _____ |

## CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFF VIRTUS PHARMACEUTICALS, LLC'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Local Rules 7 and 65.1(a), undersigned counsel for Plaintiff Virtus Pharmaceuticals, LLC ("Virtus") respectfully submits the foregoing certification.

Virtus filed its Complaint in the above-captioned matter on August 30, 2021. Concurrently, Virtus filed its Motion for Temporary Restraining Order. All pleadings and papers filed in the action to date have been furnished to all parties in this matter, and the Motion for Temporary Restraining Order is filed with this certification.

Undersigned counsel certifies that Virtus's Motion for Temporary Restraining Order was filed, with this certification attached, as of August 31, 2021.

Dated: August 31, 2021

Respectfully submitted,

By: _____
Karla L. Palmer (D.C. Bar No. 444353)
John A. Gilbert (D.C. Bar No. 448379)
Michael S. Heesters
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street NW, Suite 1200
Washington, D.C. 20005

(202) 737-5600 (phone)
(202) 737-9329 (fax)
kpalmer@hpm.com
jgilbert@hpm.com
mheesters@hpm.com

*Counsel for Virtus Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of August 2021, she caused a copy of the foregoing **CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFF VIRTUS PHARMACEUTICALS, LLC'S MOTION FOR A TEMPORARY RESTRAINING ORDER** to be served upon the following attorneys by hand delivery and electronic mail, as indicated:

Bradley Humphreys
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-0878
Email: Bradley.Humphreys@usdoj.gov

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(Hand Delivery)

Anne Milgram
Administrator
U.S. Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152
(Hand Delivery)

U.S. Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

(Hand Delivery)

Civil Process Clerk

U.S. Attorney's Office - District of Columbia

555 4th Street NW

Washington, DC 20530

(Hand Delivery)

                                                 */s/ Karla L. Palmer*
                                                 Karla L. Palmer
                                                 *Counsel for Virtus Pharmaceuticals LLC*