IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRTUS PHARMACEUTICALS, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | Case No. 1:21-cv-2308-CKK ) ) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER**

Having considered Plaintiff Virtus Pharmaceuticals, LLC's Motion for a Temporary Restraining Order, Defendants' opposition, and the entire record, IT IS HEREBY ORDERED:

Plaintiff's motion is DENIED.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge