UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRTUS PHARMACEUTICALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | Case no. 1:21-CV-2308-CKK |

**DECLARATION OF KARLA L. PALMER
PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF
<u>PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER</u>**

1.      I, Karla L. Palmer, hereby submit this Declaration in support of Plaintiff's Reply Memorandum in Support of Motion for a Temporary Restraining Order in this matter. I am a Director at Hyman, Phelps & McNamara, P.C. I make the following statements based on personal knowledge or information provided to me and on review of the records referenced and attached as exhibits hereto.

2. Exhibit A hereto is a true and correct copy of a U.S. Food and Drug Administration's public announcement titled "Drug Safety Communication: FDA identifies harm reported from sudden discontinuation of opioid pain medicines and requires label changes to guide prescribers on gradual, individualized tapering," dated April 9, 2019 (last accessed September 6, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 6, 2021

                                                       */s/ Karla L. Palmer*
Karla L. Palmer (D.C. Bar No. 444353)
700 Thirteenth Street NW, Suite 1200
Washington, D.C. 20005
(202) 737-5600 (phone)
(202) 737-9329 (fax)
kpalmer@hpm.com
jgilbert@hpm.com
mheesters@hpm.com

*Counsel for Virtus Pharmaceuticals, LLC*