## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRTUS PHARMACEUTICALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ATTORNEY GENERAL MERRICK | ) |
| GARLAND, in his official capacity as Attorney | ) |
| General of the United States, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Case No. 1:21-cv-2308-CKK

### NOTICE OF FILING OF REDACTED ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), the Court's Scheduling and Procedures Order of September 2, 2021, and the Court's September 14, 2021 Minute Order, Defendants in the above-captioned matter hereby file a redacted version of the Administrative Record,[1] which is attached to this filing and includes the following documents:

| Bates No. | Description of Documents |
|---|---|
| Virtus_DEA000001–000015 | Order to Show Cause and Immediate Suspension of Registration, dated August 4, 2021 |
| Virtus_DEA000016–000017 | Administrative Subpoena to Virtus, dated April 1, 2021 |
| Virtus_DEA000018–000055 | Correspondence between DEA and Virtus regarding Administrative Subpoena and Woodfield ISO, dated March 29, 2021 to August 12, 2021 |
| Virtus_DEA000056–000175 | Virtus Document Production to DEA in response to Administrative Subpoena, dated April 1, 2021 |
| Virtus_DEA000176 | Virtus Business Records Affidavit, dated July 7, 2021 |

---

[1] The filing of the redacted Administrative Record is not a concession that there has been any final agency action that is subject to review under the Administrative Procedure Act.

| Virtus_DEA00017–000189 | Correspondence between subordinate DEA official and Virtus regarding Woodfield ISO, dated August 12, 2021 to August 26, 2021 |
|---|---|
| Virtus_DEA000190–000218 | Declaration of Brian Besser, dated September 3, 2021 |
| Virtus_DEA000219–000226 | Declaration of Stacy Harper-Avilla, dated September 3, 2021 |
| Virtus_DEA000227–000266 | Declaration of Michael C. Mills, dated September 6, 2021 |

Dated: September 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*