## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Brian S. Besser, am currently employed as the Acting Assistant Administrator for the Drug Enforcement Administration (DEA). I am familiar with the claims asserted against the Defendants in the above-captioned action regarding DEA's consideration of Virtus Pharmaceutical, LLC's (Virtus) request to exercise its discretion under 21 U.S.C. § 824(b) to limit the scope of the Administrator's August 4, 2021 suspension order directed at Woodfield Distribution, LLC.

I hereby certify that the DEA made no final determination regarding whether to exercise its authority under Section 824(b) in connection with the facts alleged by Virtus in its complaint, and no non-privileged written documents were created relevant to any such consideration or determination. I further certify that the declarations from DEA personnel, including my own, submitted herewith, together with the suspension order, materials received from Virtus through the administrative subpoena process, and communications between subordinate DEA officials and counsel for Virtus are true and complete copies of the material reflecting background information relevant to the DEA's consideration of Virtus's request to limit the suspension order, and the contemporaneous reasons for the absence of any final agency determination as to Virtus's request.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

BRIAN BESSER
2021.09.07
14:39:34 -04'00'

_____
Brian S. Besser